FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| STATE OF MONTANA,<br><br>Plaintiff/ Appellee,<br><br>vs.<br><br>COLE MICHAEL JACOB<br><br>Defendant / Appellant | Cause No. DA-24-0355<br><br>**ORDER EXTENDING DUE DATE FOR INITIAL BRIEF** |

UPON READING the unopposed Motion for an extension of the due date for the reply brief and finding good cause appearing therein.

IT IS HEREBY ORDERED that the initial brief in the above-listed case is GRANTED an additional thirty (30) days to file and must be filed by November 11, 2024. - **FINAL EXTENSION**

Dated this _____ day of _____.

_____
Judge / Clerk
of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 15 2024